**LANDMAN CORSI BALLAINE & FORD P.C.**
One Gateway Center, Suite 400
Newark, New Jersey 07102-5388
(973) 623-2700
By: Jerry A. Cuomo (JC-4253)
**Attorneys for Plaintiff Freedom Mortgage Corporation**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FREEDOM MORTGAGE CORPORATION,**<br><br>    Plaintiff,<br><br>v.<br><br>**LOANCARE, LLC** (as successor to FNF Servicing, Inc. and Loancare, a division of FNF Servicing, Inc.),<br><br>    Defendant. | Civil Action No. _____<br><br>**PLAINTIFF FREEDOM MORTGAGE CORP.'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Freedom Mortgage Corp. states that no parent corporation or publicly held corporation owns more than 10% of its stock.

**LANDMAN CORSI BALLAINE & FORD P.C.**
Attorneys for Plaintiff Freedom Mortgage Corp.

Dated: May 6, 2016
Newark, NJ

_____
Jerry A. Cuomo (JC-4253)

4829-1999-9793v.1