**LANDMAN CORSI BALLAINE & FORD P.C.**
**One Gateway Center, Suite 400**
**Newark, New Jersey 07102-5388**
**(973) 623-2700**
**By: Jerry A. Cuomo (JC-4253)**
**Attorneys for Plaintiff Freedom Mortgage Corporation**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FREEDOM MORTGAGE CORPORATION,** | |
| **Plaintiff,** | Civil Action No. 16-cv-2569-RMB-KMW |
| **v.** | |
| **LOANCARE, LLC (as successor to FNF Servicing, Inc. and Loancare, a division of FNF Servicing, Inc.),** | **PLAINTIFF FREEDOM MORTGAGE CORP.'S JURY DEMAND** |
| **Defendant.** | |

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff Freedom Mortgage Corp. respectfully demands a trial by jury on all claims and issues so triable.

**LANDMAN CORSI BALLAINE & FORD P.C.**
Attorneys for Plaintiff Freedom Mortgage Corp.

Dated: May 9, 2016
Newark, NJ

Jerry A. Cuomo (JC-4253)

4830-6517-4321v.1