Robert J. Lack
Ricardo Solano Jr.
FRIEDMAN KAPLAN SEILER
  &amp; ADELMAN LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Attorneys for Defendant LoanCare, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, | No. 1:16-cv-02569-RMB-KMW |
| Plaintiff, | |
| v. | |
| LOANCARE, LLC (as successor to FNF Servicing, Inc. and LoanCare, a Division of FNF Servicing, Inc.), | |
| Defendant. | |

**DECLARATION OF RICARDO SOLANO JR. IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

RICARDO SOLANO JR. declares as follows:

      1.    I am a member in good standing of the bar of the State of New Jersey and of this Court, and a member of the law firm of Friedman Kaplan Seiler & Adelman LLP, counsel for defendant LoanCare, LLC. I respectfully submit this declaration in support of defendant's motion for the *pro hac vice* admission of: Stuart H. Singer and William T. Dzurilla, who are members in good standing of the bar of the State of Florida and partners with Boies, Schiller & Flexner LLP; and Pascual A. Oliu, who is

a member in good standing of the bar of the State of Florida and an associate with Boies, Schiller & Flexner LLP.

2. Defendant seeks the admissions of Stuart H. Singer, William T. Dzurilla, and Pascual A. Oliu pursuant to Local Civil Rule 101.1(c) for purposes of appearance and participation in this action.

3. Counsel for plaintiff, Freedom Mortgage Corporation, has consented to the entry of an Order permitting the appearance of Stuart H. Singer, William T. Dzurilla, and Pascual A. Oliu *pro hac vice* in this matter.

4. I am counsel of record for defendant in this action, and will promptly notify Stuart H. Singer, William T. Dzurilla, and Pascual A. Oliu of the receipt of all notices, orders, and pleadings served in the action.

5. If this application for *pro hac vice* admissions is granted, it is agreed that Friedman Kaplan Seiler & Adelman LLP will continue to be held responsible for the contents of all papers submitted to the Court, for the conduct of this matter, and for the conduct of Stuart H. Singer, William T. Dzurilla, and Pascual A. Oliu before the Court.

6. Payment, as required by Local Civil Rule 101.1(c)(2) and (3), will be made to the New Jersey Lawyers' Fund for Client Protection and the Clerk of the Court on behalf of Stuart H. Singer, William T. Dzurilla, and Pascual A. Oliu upon their admissions *pro hac vice*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 9, 2016, at Newark, New Jersey.

                                                s/ Ricardo Solano Jr.
                                                Ricardo Solano Jr.