Robert J. Lack
Ricardo Solano Jr.
FRIEDMAN KAPLAN SEILER
& ADELMAN LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Attorneys for Defendant LoanCare, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LOANCARE, LLC (as successor to FNF Servicing, Inc. and LoanCare, a Division of FNF Servicing, Inc.),<br><br>Defendant. | No. 1:16-cv-02569-RMB-KMW |

STUART H. SINGER hereby certifies as follows:

      1.    I have been a member in good standing of the bar of the State of Florida since 1983. In addition, I have been a member in good standing of the United States District Court, Southern District of Florida since 1984; the United States District Court, Middle District of Florida since 1986; the United States Court of Appeals, First Circuit, since 2000; the United States Court of Appeals, Second Circuit, since 2010; the United States Court of Appeals, Third Circuit, since 2003; the United States Court of Appeals, Sixth Circuit, since 2008; the United States Court of Appeals, Ninth Circuit, since 2008; the United States Court of Appeals, Tenth Circuit, since 2009; the United

900299.1

States Court of Appeals, Eleventh Circuit, since 1986; and the United States Supreme Court since 1992.

      2.    The names and addresses of the offices maintaining the roll of members of the bar in those jurisdictions are as follows:

> State Bar of Florida
> 651 E. Jefferson Street
> Tallahassee, FL 32399-2300
>
> United States District Court,
>   Southern District of Florida
> Office of the Clerk
> 400 North Miami Avenue
> Miami, FL 33128
>
> United States District Court,
>   Middle District of Florida
> Office of the Clerk
> 401 West Central Boulevard
> Orlando, Florida 32801
> 407-835-4200
>
> United States Court of Appeals, First Circuit
> Office of the Clerk
> 1 Courthouse Way
> Boston, MA 02210
>
> United States Court of Appeals, Second Circuit
> Office of the Clerk
> 40 Foley Square
> New York, NY 10007
>
> United States Court of Appeals, Third Circuit
> Office of the Clerk
> 21400 U.S. Courthouse
> 601 Market Street
> Philadelphia, PA 19106-1790

        United States Court of Appeals, Sixth Circuit
        Office of the Clerk
        100 East Fifth Street
        Cincinnati, Ohio 45202

        United States Court of Appeals, Ninth Circuit,
        Office of the Clerk
        95 7th Street,
        San Francisco, CA 94103

        United States Court of Appeals, Tenth Circuit
        Office of the Clerk
        1823 Stout Street
        Denver, CO 80257

        United States Court of Appeals, Eleventh Circuit
        Office of the Clerk
        56 Forsyth St., N.W.
        Atlanta, Georgia 30303

        United States Supreme Court
        Office of the Clerk
        1 First Street, NE
        Washington, DC 20543

3.    No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4.    I am associated in this matter with Robert J. Lack and Ricardo Solano Jr. of Friedman Kaplan Seiler & Adelman LLP, who are attorneys of record for the defendant, are authorized to practice in New Jersey, and are members in good standing of the bar of this Court.

5.    I understand that, upon admission *pro hac vice*, I will be within the disciplinary jurisdiction of this Court, and will make payment, as required by Local Civil Rule 101.1(c)(2) and (3), to the New Jersey Lawyers' Fund for Client Protection and the Clerk of the Court.

6. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other court.

7. For the foregoing reasons, it is respectfully requested that the Court grant the defendant's application to permit me to appear *pro hac vice* in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 7, 2016 at Ft. Lauderdale, Florida.

_____
Stuart H. Singer