Robert J. Lack
Ricardo Solano Jr.
FRIEDMAN KAPLAN SEILER
& ADELMAN LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Attorneys for Defendant LoanCare, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LOANCARE, LLC (as successor to FNF Servicing, Inc. and LoanCare, a Division of FNF Servicing, Inc.),<br><br>Defendant. | No. 1:16-cv-02569-RMB-KMW |

WILLIAM T. DZURILLA hereby certifies as follows:

1. I have been a member in good standing of the bar of the State of Florida since September 9, 2004. Additionally, I have been a member in good standing of the United States District Court for the District of Southern District of Florida for at least ten years.

2. The names and addresses of the offices maintaining the roll of members of the bar in those jurisdictions are as follows:

State Bar of Florida
651 E. Jefferson Street
Tallahassee, FL 32399-2300

U.S. District Court, Southern District of Florida
Office of the Clerk
400 North Miami Avenue
Miami, FL 33128

3. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4. I am associated in this matter with Robert J. Lack and Ricardo Solano Jr. of Friedman Kaplan Seiler & Adelman LLP, who are attorneys of record for the defendant, are authorized to practice in New Jersey, and are members in good standing of the bar of this Court.

5. I understand that, upon admission *pro hac vice*, I will be within the disciplinary jurisdiction of this Court, and will make payment, as required by Local Civil Rule 101.1(c)(2) and (3), to the New Jersey Lawyers' Fund for Client Protection and the Clerk of the Court.

6. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other court.

7. For the foregoing reasons, it is respectfully requested that the Court grant the defendant's application to permit me to appear *pro hac vice* in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 2, 2016 at Ft Lauderdale, Florida.

William T. Dzurilla