Robert J. Lack
Ricardo Solano Jr.
FRIEDMAN KAPLAN SEILER
  &amp; ADELMAN LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Attorneys for Defendant LoanCare, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, | No. 1:16-cv-02569-RMB-KMW |
| Plaintiff, | |
| v. | |
| LOANCARE, LLC (as successor to FNF Servicing, Inc. and LoanCare, a Division of FNF Servicing, Inc.), | |
| Defendant. | |

### CONSENT ORDER ADMITTING PASCUAL A. OLIU
### *PRO HAC VICE*

THIS MATTER having been brought before the Court by Friedman Kaplan Seiler & Adelman LLP, attorneys for defendant LoanCare, LLC, for an order admitting *pro hac vice* Pascual A. Oliu, who is a member in good standing of the bar of the State of Florida and an associate with Boies, Schiller & Flexner LLP, and counsel for plaintiff having consented to the entry of this Order, and the Court having considered the supporting declarations and for good cause shown,

IT IS on this _____ day of _____ 2016,

899766.1

ORDERED that Pascual A. Oliu be and hereby is admitted to the bar of this Court *pro hac vice* pursuant to Local Civil Rule 101.1(c) as counsel for LoanCare, LLC; and it is further

ORDERED that Pascual A. Oliu shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which he continues to represent LoanCare, LLC in this matter; and it is further

ORDERED that Pascual A. Oliu shall pay $150.00 to the Clerk, United States District Court for the District of New Jersey; and it is further

ORDERED that Pascual A. Oliu shall be bound by the Local Civil Rules and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys, and shall notify this Court immediately of any matter affecting their standing at the bar of any other court; and it is further

ORDERED that the movant shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c)(4); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm to sign) all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter.

                HON. KAREN M. WILLIAMS, U.S.M.J.