UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| [Plaintiff] | : | Civil Action No. _____ |
| v. | : | |
| [Defendant] | : | |

**DISCLOSURE STATEMENT**

The undersigned counsel for ____LoanCare, LLC_____,
certifies that this party is a non-governmental corporate party and that:

☒ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

LoanCare, LLC is indirectly owned by Fidelity National Financial, Inc., a publicly traded corporation. LoanCare, LLC's sole member is ServiceLink NLS, LLC.

**OR**

☐ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____          _____
Signature of Attorney                 Name of Firm

_____          _____
Print Name                            Address

_____          _____
Date                                  City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)