UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> LOANCARE, LLC (as successor to FNF Servicing, Inc. and LoanCare, a Division of FNF Servicing, Inc.), <br><br> Defendant. | Civil Action No.: <br> 1:16-cv-02569-RMB-KMW <br><br><br> NOTICE OF CONSENT MOTION FOR ADMISSION *PRO HAC VICE* MARK S. LANDMAN, ESQ. |

**PLEASE TAKE NOTICE** that, on August 15, 2016, or as soon thereafter as counsel may be heard, plaintiff Freedom Mortgage Corporation ("Freedom") shall apply to the United States District Court for the District of New Jersey for an Order admitting Mark S. Landman, Esq. *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c).

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, it is respectfully submitted that no brief or memorandum of law is necessary and that Freedom shall rely upon the Declaration of Jerry A. Cuomo, Esq., the Declaration of Mark S. Landman, Esq. and the proposed form of Order submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that counsel for defendant LoanCare, LLC has consented to the relief sought in this motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested.

1

4823-2299-5508v.2

By: _____
Jerry A. Cuomo
LANDMAN CORSI BALLAINE & FORD P.C.
Attorneys for Plaintiff Freedom Mortgage Corporation
One Gateway Center, 4th Floor
Newark, NJ 07102
(973) 623-2700 (Phone)
(973) 623-4496 (Fax)
jcuomo@lcbf.com

2

4823-2299-5508v.2