UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------- x
FREEDOM MORTGAGE CORPORATION,   :   Civil Action No.:
                                :   16-cv-02569-RMB-KMW
            Plaintiff,          :
                                :
    v.                          :
                                :   **ORDER**
LOANCARE, LLC (as successor to FNF :
Servicing, Inc. and LoanCare, a Division of :
FNF Servicing, Inc.),           :
                                :
            Defendant.          :
---------------------------------------------------------- x

**THIS MATTER** having been opened to the Court by plaintiff Freedom Mortgage Corporation for an Order admitting Mark S. Landman, Esq. *pro hac vice*, and it appearing that there is no opposition to this application, and for good cause shown;

**IT IS** on this _____ day of _____ 2016 **ORDERED** as follows:

1. Mark S. Landman, Esq. is admitted *pro hac vice* for the purposes of appearing as counsel for plaintiff Freedom Mortgage Corporation in the above matter.

2. Mark S. Landman, Esq. shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which he continues to represent Freedom Mortgage Corporation in this matter.

3. Mark S. Landman, Esq. shall pay $150.00 to the Clerk, United States District Court for the District of New Jersey.

4. Mark S. Landman, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1,

Discipline of Attorneys, and shall notify this Court immediately of any matter affecting his standing at the bar of any other court.

5.  Jerry A. Cuomo, Esq. shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c)(4); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm to sign) all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter.

_____
**Hon. Karen M. Williams, U.S.M.J.**