Robert J. Lack
Ricardo Solano Jr.
FRIEDMAN KAPLAN SEILER
   & ADELMAN LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Attorneys for Defendant LoanCare, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,  :<br>:<br>Plaintiff-Counterclaim Defendant,  :<br>:<br>v.  :<br>:<br>LOANCARE, LLC (as successor to FNF Servicing, Inc. and LoanCare, a Division of FNF Servicing, Inc.),  :<br>:<br>Defendant-Counterclaimant.  : | No. 1:16-cv-02569-RMB-KMW |

**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE*
<u>ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION</u>**

Request is hereby made by local counsel for *pro hac vice* counsel Pascual A. Oliu to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion for Mr. Singer to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

902125.1

| | |
|---|---|
| Dated: Newark, New Jersey<br>July 18, 2016 | Respectfully submitted,<br><br>s/ Ricardo Solano Jr.<br>Ricardo Solano Jr.<br>Robert J. Lack<br>FRIEDMAN KAPLAN SEILER<br>   & ADELMAN LLP<br>One Gateway Center, 25th Floor<br>Newark, NJ 07102-5311<br>(973) 877-6400<br>Email: rlack@fklaw.com<br>       rsolano@fklaw.com<br><br>*Attorneys for Defendant LoanCare, LLC* |

Of Counsel:

Stuart H. Singer, *pro hac vice*
William T. Dzurilla, *pro hac vice*
Pascual A. Oliu, *pro hac vice*
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
Email: ssinger@bsfllp.com
      wdzurilla@bsfllp.com
      poliu@bsfllp.com


PRO HAC VICE ATTORNEY INFORMATION:

Name:     Pascual A. Oliu

Address:  BOIES, SCHILLER & FLEXNER LLP
          401 East Las Olas Boulevard, Suite 1200
          Fort Lauderdale, FL 33301
          (954) 356-0011

E-mail:   poliu@bsfllp.com