| | **Duane Morris®** | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | BRAD D. FELDMAN | MIAMI |
| SILICON VALLEY | SPECIAL COUNSEL | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 856 874 4293 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 856 874 4363 | NORTH JERSEY |
| BOSTON | *E-MAIL:* BDFeldman@duanemorris.com | LAS VEGAS |
| HOUSTON | | SOUTH JERSEY |
| DALLAS | *www.duanemorris.com* | SYDNEY |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

July 15, 2025

VIA ECF

Honorable Chief Judge Renée Marie Bumb
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Streets, Courtroom 3D
Camden, NJ 08101

      Re:   *Freedom Mortgage Corp. v. LoanCare, LLC*, <u>Civil Action No. 1:16-CV-2569 (RMB/AMD)</u>

Dear Chief Judge Bumb:

      On behalf of both Plaintiff-Counterclaim Defendant Freedom Mortgage Corporation ("Freedom") and Defendant-Counterclaimant LoanCare, LLC ("LoanCare" and, together with Freedom, the "Parties"), we are pleased to report that the Parties have agreed to settle the above-referenced action (the "Action"), resolving it and Freedom's related appeal on a confidential basis, with prejudice and without costs. Earlier today, the Parties dismissed the appeal, pursuant to their stipulation. The Parties now jointly request that, in furtherance of the Parties' settlement, the Court maintain the in-effect administrative termination of this Action until such time as, upon the occurrence of certain events contemplated by the settlement agreement within the next two years, (i) LoanCare files documents with the Court in which (a) the Parties each acknowledge the adequate satisfaction of the Judgment in a Civil Case (ECF No. 370), as amended by the Amended Final Judgment (ECF No. 420) and (b) LoanCare withdraws its motion for attorneys' fees and expenses (ECF No. 386) with prejudice and the Parties jointly request that the Action be closed or, in the event that LoanCare does not timely file such documents pursuant to the Parties' settlement, (ii) Freedom moves the Court for such equivalent relief.

DuaneMorris

Honorable Chief Judge Renée Marie Bumb
July 15, 2025
Page 2

      The Parties appreciate Your Honor's consideration of this joint request and continued attention to this Action.

                                          Respectfully submitted,

                                          */s/ Brad D. Feldman*

                                          Brad D. Feldman

cc:    All counsel of record (via ECF)